UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X   Chapter    7

IN RE:   **Benjamin O. Ringel**

Case No.:   24-71468 (LAS)

Debtor.

STATEMENT PURSUANT TO LOCAL RULE 2017

-----------------------------------------------X

I, **Thomas J. Frank**, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| April 14, 2024 | Initial interview, analysis of financial condition, etc. |
| April 15, 2024 | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my rate of compensation of bankruptcy matters of this type is $ __1500.00__ .

Dated: **April 15, 2024**

/s/ Thomas J. Frank
**Thomas J. Frank**
Attorney for debtor(s)
**The Frank Law Firm P.C.**
**333 Glen Head Road**
**Suite 145**
**Glen Head, NY 11545**
**(516) 246-5577  Fax:(516) 246-5597**
**thomas@frankfirmpc.com**