**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP**

IN RE:

Benjamin O Ringel,

CASE NO.:   8-24-71468-las
CHAPTER:   7
JUDGE:   Louis A Scarcella

Debtor(s).            /

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 2002 and 9010(b), the undersigned enters an appearance in this case on behalf of Santander Bank ,N.A..  Request is made that all notices given or required to be given in this action and all related actions, be given and served upon the following:

Gregory Sanda
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
gsanda@mtglaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, but is not limited to, Orders and Notices of any Application, Motion, Petition, Adversary Complaints, Objections, Requests, any amendments to the Schedules or Statement of Financial Affairs, all pleadings, all creditors committee notices, demands, and all other notices as required by the United States Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court, whether such papers be formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the above attorney's request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-referenced case.

This notice of appearance does not constitute consent to acceptance of service of process of any subpoena, summons, or other process subject to service pursuant to Bankruptcy Rules 7004 or 9016.

Dated: April 22, 2024

Respectfully submitted,

By: /s/ Gregory Sanda
Gregory Sanda, NYBN 4446340
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: gsanda@mtglaw.com
MTG File No.: 22-002706-04

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Benjamin O Ringel
90 Merrall Drive
Lawrence, NY 11559

**Via CM/ECF electronic service:**
Thomas J Frank
The Frank Law Firm P.C.
333 Glen Head Road
Suite 145
Old Brookville, NY 11545

Allan B. Mendelsohn
Allan B. Mendelsohn, LLP
38 New Street
Huntington, NY 11743

Dated: April 22, 2024

                                      Respectfully submitted,
                                      By: /s/ Gregory Sanda
                                      Gregory Sanda, NYBN 4446340
                                      MCMICHAEL TAYLOR GRAY, LLC
                                      Attorney for Creditor
                                      3550 Engineering Drive, Suite 260
                                      Peachtree Corners, GA 30092
                                      Telephone: 404-474-7149
                                      Facsimile: 404-745-8121
                                      E-mail: gsanda@mtglaw.com
                                      MTG File No.: 22-002706-04