*The Kantrow Law Group*

A Professional Limited Liability Company
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com

FRED S. KANTROW

---------------------------                                              CAROLYN PISCIOTTA

HAILEY L. KANTROW                                                     *Paralegal*

May 15, 2024

VIA ECF ONLY
Clerk of the United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

Re:     In re Ringel, Chapter 7, Case No. 24-71468-las

Dear Sir:

The undesigned is proposed counsel to Allan B. Mendelsohn, the interim chapter 7 trustee in the above referenced case. Please be advised that Benjamin O. Ringel, the debtor (the "Debtor") failed to disclose the existence of a related case filed by Sagg Main INC LLC, under case number 20-70026-reg.

Should you require additional information, please feel free to contact the undersigned.

Respectfully submitted,

S/Fred S. Kantrow
Fred S. Kantrow

cc:    Debtor's counsel (via ecf)