UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                     Case No. 8-24-71468-las

Benjamin O Ringel,
                                                                                    Chapter 7
                                    Debtor.
-------------------------------------------------------------x

## ORDER SCHEDULING HEARING ON SHORTENED NOTICE

Upon the application dated May 16, 2024 [dkt. no. 12] filed by Allan B. Mendelson, the interim trustee ("Trustee"), by his proposed counsel, The Kantrow Law Group, PLLC, seeking a hearing on shortened notice on its motion dated May 16, 2024 ("Motion") for an order pursuant to 11 U.S.C. § 521(a)(i)(B) to extent the debtor's time to comply with any obligations under section 521 of the Bankruptcy Code; and after due deliberation, it is hereby

ORDERED, that a hearing is scheduled for May 23, 2024 at 10:00 a.m. to consider the relief sought under the Motion; and it is further

ORDERED, that on or before May 16, 2024, the Trustee is directed to serve, by overnight mail for next morning delivery, a copy of the Motion and this Order on the debtor, debtor's counsel, and all creditors; and it is further

ORDERED, that the Trustee shall file proof of service on or before May 17, 2024; and it is further

ORDERED, that any objection to the relief sought under the Motion be filed with the Court and served on the Trustee's proposed counsel by no later than May 22, 2024.



Dated: May 16, 2024
         Central Islip, New York

_____
**Louis A. Scarcella**
**United States Bankruptcy Judge**