| | |
|---|---|
| **ALLAN B. MENDELSOHN, LLP**<br>ATTORNEYS AT LAW<br>38 NEW STREET<br>HUNTINGTON, NY 11743<br>TELEPHONE (631) 923-1625   FACSIMILE (631) 423-4536 | ALLAN B. MENDELSOHN<br>MICHAEL J. O'SULLIVAN<br><br>OF COUNSEL |

May 15, 2024

Robert Gavin, Clerk
United States Bankruptcy Court
Office of the Clerk of the Court
290 Federal Plaza
Central Islip, NY 11722

                            Re: Benjamin O. Ringel
                                 Case No. 824-71468-LAS
                                 Chapter 7

Dear Mr. Gavin,

      I am the interim trustee appointed in the above referenced chapter 7.

      I write to request that the court refrain from automatically dismissing this case. There appear to be significant undisclosed assets and liabilities which the trustee is investigating.

      Apparently, the debtor previously owned an interest in an entity owning real property in New Jersey that was sold for more than $19,000,000.00.

      This was a voluntary filing by the debtor, so he elected to invoke the jurisdiction of this court. I only request that the case remain open and active to enable me to comply with my duty to investigate

                                                    Very truly yours,

                                                    Allan B. Mendelsohn

cc: Christine Black, Esq.