UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

           Case No. 24-71468-las

      BENJAMIN O. RINGEL,        Chapter 7

          Debtor.
-------------------------------------------------------------x

## ORDER EXTENDING THE TIME TO
## COMMENCE AN ACTION PURSUANT TO SECTION 727
## AND SECTION 523
## <u>OF TITLE 11 OF THE UNITED STATES CODE</u>

UPON the application (the "Application") of Allan B. Mendelsohn, the trustee (the "Trustee") by and through his attorneys, The Kantrow Law Group, PLLC, seeking the entry of an Order extending the time for the Trustee, the United States Trustee, creditors and parties in interest to timely commence an action pursuant to section 727 of title 11 of the United States Code (the "Bankruptcy Code") objecting to the discharge of Benjamin O. Ringel the debtor (the "Debtor"), and for creditors to object to the dischargeaility of a debt pursuant to section 523 of the Bankruptcy Code; and the matter having come on for a hearing before the Court on July 9, 2024, up to and including October 21, 2024, without prejudice to seek a further extension or extensions; and the Trustee having appeared by Fred S. Kantrow, one of his attorneys; and the Debtor having interposed no opposition to the relief sought in the Application; and the Court, upon due deliberation, having determined that the relief sought is appropriate and that opposition, if any, having been withdrawn or otherwise overruled; it is hereby

**ORDERED** that proper, timely and sufficient notice of the Trustee's Application having been given pursuant to Rule 4004 of the Federal Rules of Bankruptcy Procedure and no further notice is required; and it is further

**ORDERED** that the Trustee has demonstrated sufficient cause for an extension of time and an extension of time is warranted under the facts and circumstances in this case; and it is further

**ORDERED** that the Trustee, the United States Trustee and/or creditors may commence an action pursuant to section 727 of the Bankruptcy Code seeking to deny the Debtor's discharge by not later than October 21, 2024; and it is further

**ORDERED** that creditors may commence an action pursuant to section 523 of the Bankruptcy Code seeking to have a debt deemed non-dischargeable by n later than October 21, 2024; and it is further

**ORDERED** that nothing contained herein shall preclude the Trustee or any other party from entering consensual stipulations with the Debtor further extending the time to commence an action pursuant to section 727 and or section 523 of the Bankruptcy Code, or, to timely move before this Court to seek further extensions of time upon proper notice and application; and it is further

**ORDERED** that the Court shall retain jurisdiction over this matter to determine any disputes that may arise hereunder.