**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP**

IN RE:

Benjamin O Ringel,　　　　　　　　　　　CASE NO.:　8-24-71468-las

　　　　　　　　　　　　　　　　　　　　CHAPTER:　7

　　　　　　　　　　　　　　　　　　　　JUDGE:　　Louis A. Scarcella

　　　　　　Debtor(s).　　　　　/

## NOTICE OF APPEARANCE

　　PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 2002 and 9010(b), the undersigned enters an appearance in this case on behalf of Santander Bank ,N.A..  Request is made that all notices given or required to be given in this action and all related actions, be given and served upon the following:

　　　　　　　　　Andrew Kamensky
　　　　　　　　McMichael Taylor Gray, LLC
　　　　　　3550 Engineering Drive, Suite 260
　　　　　　　　Peachtree Corners, GA 30092
　　　　　　　　akamensky@mtglaw.com

　　PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, but is not limited to, Orders and Notices of any Application, Motion, Petition, Adversary Complaints, Objections, Requests, any amendments to the Schedules or Statement of Financial Affairs, all pleadings, all creditors committee notices, demands, and all other notices as required by the United States Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court, whether such papers be formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

　　PLEASE TAKE FURTHER NOTICE that the foregoing request includes the above attorney's request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-referenced case.

　　This notice of appearance does not constitute consent to acceptance of service of process of any subpoena, summons, or other process subject to service pursuant to Bankruptcy Rules 7004 or 9016.

Dated: June 12, 2024

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: /s/ Andrew Kamensky
　　　　　　　　　　　　　　　　　　　Andrew Kamensky, 4963757
　　　　　　　　　　　　　　　　　　　MCMICHAEL TAYLOR GRAY, LLC
　　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　　3550 Engineering Drive, Suite 260
　　　　　　　　　　　　　　　　　　　Peachtree Corners, GA 30092
　　　　　　　　　　　　　　　　　　　Telephone: 404-474-7149
　　　　　　　　　　　　　　　　　　　Facsimile: 404-745-8121
　　　　　　　　　　　　　　　　　　　E-mail: akamensky@mtglaw.com
　　　　　　　　　　　　　　　　　　　MTG File No.: 22-002706-04

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Benjamin O Ringel
90 Merrall Drive
Lawrence, NY 11559

**Via CM/ECF electronic service:**

| | |
|---|---|
| Thomas J. Frank | Fred S Kantrow |
| The Frank Law Firm P.C. | The Kantrow Law Group, PLLC |
| 333 Glen Head Road | 732 Smithtown Bypass |
| Suite 145 | Suite 101 |
| Old Brookville, NY 11545 | Smithtown, NY 11787 |

Allan B. Mendelsohn
Allan B. Mendelsohn, LLP
38 New Street
Huntington, NY 11743

Dated: June 12, 2024

        Respectfully submitted,
        By: /s/ Andrew Kamensky
        Andrew Kamensky, 4963757
        MCMICHAEL TAYLOR GRAY, LLC
        Attorney for Creditor
        3550 Engineering Drive, Suite 260
        Peachtree Corners, GA 30092
        Telephone: 404-474-7149
        Facsimile: 404-745-8121
        E-mail: akamensky@mtglaw.com
        MTG File No.: 22-002706-04