| | |
|---|---|
| **THE FRANK LAW FIRM P.C.** | **Hearing Date: August 8, 2024** |
| *Counsel to Benjamin O. Ringel* | **Time: 10:00 a.m.** |
| 333 Glen Head Road, Suite 145 | |
| Old Brookville, New York 11545 | |
| P: (516) 246-5577 | **Objection Date:** |
| F: (516) 246-5597 | **August 1, 2024** |
| Thomas J. Frank, Esq. | |
| thomas@frankfirmpc.com | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                                  Chapter 7

BENJAMIN O. RINGEL,                                              Case No. 24-71468 (LAS)

                            Debtor.
-------------------------------------------------------------------X

## NOTICE OF DEBTOR BENJAMIN O. RINGEL'S MOTION SEEKING AN ORDER CONVERTING THIS CHAPTER 7 CASE TO A CASE UNDER CHAPTER 11, AS OF RIGHT, UNDER 11 U.S.C. §706(a)

**PLEASE TAKE NOTICE**, that the debtor Benjamin O. Ringel (the "**Movant**"), by and through its counsel, The Frank Law Firm P.C., submits this motion (the "**Motion**") seeking the entry of an Order pursuant to sections 105(a) and 706(a) of title 11 of the United States Code (the "**Bankruptcy Code**"): (**i**) converting this chapter 7 case to a case under chapter 11; and (**ii**) granting such other relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that a hearing (the "**Hearing**") to consider the Motion will be held on **August 8, 2024, at 10:00 a.m.** before the Honorable Louis A. Scarcella, United States Bankruptcy Judge, Eastern District of New York, 290 Federal Plaza, Courtroom 970, Central Islip, New York 11722.

**PLEASE TAKE FURTHER NOTICE**, all attorneys and unrepresented parties appearing for the Hearing must register with eCourt Appearances at least two (2) business days in advance of the scheduled hearing at: https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.

**PLEASE TAKE FURTHER NOTICE**, if for some reason you are not able to use the eCourt Appearances platform you must email the Courtroom Deputy at: las_hearings@nyeb.uscourts.gov at least two (2) business days prior to the Hearing and state that a reasonable effort to use the platform has been made. You must include your name, the case number(s), who you represent if you are an attorney, and the date of the Hearing. Your email must include in the Re: line "I am not able to register using eCourt Appearances." You will then be provided with the dial in/log in information. If you do not have internet access you may call the courtroom deputy with this information at (631) 712-6278.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Bankruptcy Rule 9006-1 for the Eastern District of New York, answering papers and memoranda of law, if any, must be filed with the Court and served upon the undersigned so as to be received by the undersigned no later than seven (7) days before the Hearing.

**Dated: July 2, 2024**
**Old Brookville, New York**

        **THE FRANK LAW FIRM P.C.**

        By:    */s/Thomas J. Frank*
                Thomas J. Frank
        333 Glen Head Road, Suite 145
        Old Brookville, New York 11545
        P:    (516) 246-5577
        F:    (516) 246-5597
        Em:   thomas@frankfirmpc.com

        *Counsel to Debtor, Benjamin O. Ringel*