UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

        BENJAMIN O. RINGEL,

                    Debtor.
-----------------------------------------------------------x

Case No. 8-24-71468-las
Chapter 7

**ORDER DENYING DEBTOR'S REQUEST FOR ADJOURNMENT**

Atalaya Asset Income Fund II LP, in its capacity as court appointed receiver ("Atalaya"), by and through its counsel, Klestadt Winters Jureller Southard & Stevens, LLP, having filed a motion dated June 4, 2024, for entry of an order (i) confirming pursuant to 11 U.S.C. §§ 105(a) and 362 that the automatic stay does not apply to prohibit Atalaya from proceeding with a motion before the New Jersey Superior Court seeking approval of the distribution of certain funds in which Benjamin O. Ringel (the "Debtor") holds no legal or equitable interest, or from distributing said funds in accordance with an order of the New Jersey Superior Court, and/or (ii) modifying the automatic stay as necessary and pursuant to 11 U.S.C. §§ 362(d)(1) and 362(d)(2) to allow Atalaya to proceed with a motion before the New Jersey Superior Court seeking approval of the distribution of certain funds in which the Debtor holds no legal or equitable interest, and to distribute said funds in accordance with an order of the New Jersey Superior Court in the event that this Court finds that the automatic stay applies (the "Stay Relief Motion") [dkt. no. 24]; and by letter dated July 2, 2024, the Debtor, by and through his counsel, Thomas J. Frank, Esq., requested an adjournment of the Stay Relief Motion to August 8, 2024 [dkt. no. 40]; and Atalaya having filed opposition to the request [dkt. nos. 41]; and LMezz 250 W90 LLC, by and through its counsel, Cole Schotz P.C., having also objected to the Debtor's request for an adjournment and joined in Atalaya's Stay Relief Motion [dkt. no. 42]; and JDWC, LLC, by and through its counsel, Giordano,

Halleran & Ciesla, P.C., having filed a letter brief in support of Atalaya's Stay Relief Motion [dkt. no. 43]; and the Debtor having filed a late opposition to the Stay Relief Motion on July 3, 2024 [dkt. nos. 44 & 45]; and after due deliberation, it is hereby

ORDERED, that the Debtor's request to adjourn Atalaya's Stay Relief Motion to August 8, 2024 is denied.



Dated: July 3, 2024
Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge