

3550 Engineering Drive | Suite 260 | Peachtree Corners, GA 30092
Office: 404-474-7149 | Fax: 404-745-8121

August 30, 2024

**VIA ECF**

Hon. Louis A. Scarcella, United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

    Re:    In re Benjamin O. Ringel; Chapter 7 Case No. 8-24-71468-las

Dear Judge Scarcella:

The undersigned represents Santander Bank, N.A., secured creditor who moved for stay relief on August 13, 2024 [Dkt. No. 66] regarding the Debtor's real property located at 90 Merral Drive, Lawrence, New York 11559.

Pursuant to your Honor's courtroom procedures, I respectfully request permission to appear telephonically or via video conferencing at the stay relief hearing set for September 10, 2024 at 10:00 a.m. Currently, I am working remotely from Parkland, Florida assisting with care for a family member with dementia and unable to attend the September 10, 2024 hearing in person.

Thank you for your consideration.

                                  Kind regards,

                                  */s/ Andrew Kamensky*

cc: All counsel (via CM/ECF)