

September 3, 2024

**Via ECF**
Honorable Louis A. Scarcella
U.S. Bankruptcy Court, Eastern District of N.Y.
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, NY 11722

**Re:**   **In re Benjamin O. Ringel (the "Debtor")**
           **Case No. 24-71468 (LAS)**
           **Letter Confirming Adjournment**

Dear Judge Scarcella:

Our office serves as counsel to the debtor Benjamin O. Ringel (the "Debtor") in the above chapter 7 proceeding.

Please allow this correspondence to confirm that the Debtor's motion seeking to convert this proceeding to one under chapter 11 (Dkt 37) has been adjourned from September 10, 2024, to **September 24, 2024 at 10:00 a.m.**

Thank you for Your Honor's attention to this matter, and please feel free to contact our office with any questions or concerns.

Best Regards,
**THE FRANK LAW FIRM P.C.**
*/s/Thomas J. Frank*
Thomas J. Frank
For the Firm


cc:        All appearing parties (via ECF)