UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:

Benjamin O. Ringel,

                      Debtor.
----------------------------------------------------------------x

Chapter 7

Case No. 8-24-71468-las

## ORDER

Upon the motion (the "Motion"), dated September 24, 2024 [dkt. no. 87], of The Frank Law Firm P.C. seeking the entry of an Order authorizing The Frank Law Firm P.C. to be relieved as counsel of record to Benjamin O. Ringel (the "Debtor") in this bankruptcy case; and a hearing on the Motion having been noticed for October 22, 2024; and no opposition having been interposed or any opposition having been withdrawn; and a certificate of no objection having been filed [dkt. no. 102]; and due deliberation having been had and sufficient cause appearing therefor, now, it is hereby

ORDERED, that the Motion is granted to the extent provided herein; and it is further

ORDERED, that The Frank Law Firm P.C. be relieved as counsel of record to the Debtor.



Dated: October 22, 2024
      Central Islip, New York

_____
**Louis A. Scarcella**
**United States Bankruptcy Judge**