The Kantrow Law Group, PLLC
*Attorneys for Allan B. Mendelsohn, Trustee*
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
Fred S. Kantrow, Esq.
Hailey L. Kantrow, Esq.
516 703 3672

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | RETURN DATE:  **11/19/24** |
| EASTERN DISTRICT OF NEW YORK | TIME:  **10:00 a.m.** |

-------------------------------------------------------------x
In re:

        Case No. 24-71468-las

   BENJAMIN O. RINGEL,        Chapter 7

             Debtor.
-------------------------------------------------------------x

## NOTICE OF HEARING OF TRUSTEE'S APPLICATION SEEKING TO HOLD BENJAMIN O. RINGEL IN CONTEMPT FOR CONTINUING INTERFERENCE WITH THE ORDERLY ADMINISTRATION OF THE CHAPTER 7 BANKRUPTCY ESTATE

**PLEASE TAKE NOTICE** that Allan B. Mendelsohn, the chapter 7 trustee (the "Trustee") of the Estate of Benjamin O. Ringel, the debtor (the "Debtor"), by and through his attorneys, The Kantrow Law Group, PLLC, shall move before the Hon. Louis A. Scarcella, United States Bankruptcy Judge, on **NOVEMBER 19, 2024, at 10:00 a.m.** or as soon thereafter as counsel may be heard, seeking the entry of an Order holding Ringel in contempt of Court for his continuing interference with the orderly administration of the bankruptcy estate and direct that he immediately cease attempting to assert dominion and control over property of the estate, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 970.

**PLEASE TAKE FURTHER NOTICE** that unopposed motions may be granted by the Court without the need for an appearance provided that the moving party files with the Court a proposed order granting the motion along with a Certificate of No Objection at least **two (2) days prior** to the scheduled hearing date. Following receipt of the Certificate of No Objection, the Court may enter an order granting the motion without further pleading, hearing or request.

**PLEASE TAKE FURTHER NOTICE** all attorneys and unrepresented parties are required to register for the hearing(s) at least two (2) business days in advance of the scheduled hearing by using the Court's eCourt Appearances platform: **https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the application must conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with the Administrative Orders of this Court, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, with a hard copy delivered directly to Chambers, and be served in accordance with the Administrative Orders of this Court, and upon: (i) counsel to the Trustee, The Kantrow Law Group, PLLC, 732 Smithtown Bypass, Suite 101, Smithtown, NY 11787; and (ii) the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722; so as to be received by no later than 4:00 p.m. (prevailing Eastern time) on **NOVEMBER 12, 2024.**

**PLEASE TAKE FURTHER NOTICE** that only those objections that have been timely filed may be considered by the Court.

Dated: Smithtown, New York
November 1, 2024

        The Kantrow Law Group, PLLC
        Attorneys for Allan B. Mendelsohn

BY:    S/Fred S. Kantrow
        Fred S. Kantrow
        732 Smithtown Bypass, Suite 101
        Smithtown, NY 11787
        516 703 3672
        fkantrow@thekantrowlawgroup.com