The Kantrow Law Group, PLLC
*Attorneys for Allan B. Mendelsohn, Trustee*
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
Fred S. Kantrow, Esq.
Hailey L. Kantrow, Esq.
516 703 3672

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

        BENJAMIN O. RINGEL,

                    Debtor.

Case No. 24-71468-las
Chapter 7

------------------------------------------------------------x

## APPLICATION FOR RETENTION OF
## THE KELLY FIRM, P.C.
## AS SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE

TO:    THE HONORABLE LOUIS A. SCARCELLA
        UNITED STATES BANKRUPTCY JUDGE

        Allan B. Mendelsohn, the Chapter 7 Trustee (the "Trustee") for the estate of Benjamin O. Ringel ("Debtor"), by and through his attorneys, The Kantrow Law Group, PLLC, respectfully submits this application seeking entry of an Order authorizing the Trustee's retention of the firm of The Kelly Firm, P.C. ("Kelly"), as special counsel for the Trustee under Sections 105 and 327 of Title 11, United States Code (the "Bankruptcy Code"); Rule 2014 of the Federal Rules of Bankruptcy Procedure; and the Local Rules for the United States Bankruptcy Court, Eastern District of New York, and respectfully states as follows:

        1.      On April 5, 2024, (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. Allan B. Mendelsohn was appointed interim Trustee and thereafter duly qualified as the permanent case Trustee.

        2.      As this Court is aware, the Debtor was embroiled in multiple state court litigations pending in the State of New York and the State of New Jersey. The various New Jersey proceedings are complicated and ongoing and have significant issues that impact the Trustee's

administration of the bankruptcy estate as well as the administration of assets for the benefit of the creditors of this estate.

3. The Trustee's counsel in this matter, The Kantrow Law Group, PLLC, is not admitted to practice in New Jersey nor is The Kantrow Law Group, PLLC, well versed in the laws of the State of New Jersey. Accordingly, in order to properly represent the Trustee and protect the estate, the Trustee has determined that it is both necessary and appropriate to seek to retain special counsel in New Jersey.

4. To that end, the Trustee seeks to retain Kelly as special counsel to the Trustee. To the best of the Trustee's knowledge, and based upon the Affidavit of Andrew J. Kelly, Esq., the attorneys at Kelly have no connection with the Debtor, or any other party in interest or their respective attorneys.

5. To the best of the Trustee's knowledge, Kelly represents no interest adverse to the Trustee or to the estate in the matter in which it is to be engaged herein, and the employment of Kelly would be in the best interests of the estate. Moreover, the Trustee understands that Kelly is well versed in representing bankruptcy trustees as his practice involves such representation on a regular basis.

**WHEREFORE**, the Trustee respectfully requests for the entry of an Order, substantially in the form of the proposed Order annexed hereto, authorizing the retention of Kelly as special counsel for the Trustee, for which no previous application has previously been made.

Dated: Smithtown, New York
January 5, 2025

                                           The Kantrow Law Group, PLLC
                                           Attorneys for Allan B. Mendelsohn, Trustee

                          BY:    <u>S/Fred S. Kantrow</u>
                                      Fred S. Kantrow

732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com