### *The Kantrow Law Group*
A Professional Limited Liability Company
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com

FRED S. KANTROW

---------------------------                                                                          CAROLYN PISCIOTTA

HAILEY L. KANTROW                                                                                *Paralegal*

January 23, 2025

VIA ECF ONLY
Hon. Louis A. Scarcella
United States Bankruptcy Judge
United States Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722

Re:   In re Ringel, Chapter 7, Case No. 24-71468-las

Dear Judge Scarcella:

The undersigned is counsel to Allan B. Mendelsohn, the chapter 7 trustee (the "Trustee") in the above referenced matter. The Trustee previously sought the entry of an Order holding Benjamin O. Ringel, the debtor (the "Debtor') in contempt of Court for his continued interference with the orderly administration of the chapter 7 bankruptcy estate and further imposing sanctions for his contempt. The Court conducted a hearing to consider the Trustee's motion for relief on January 14, 2025 (the "Contempt Hearing").

At the Contempt Hearing, the parties represented to the Court that they had resolved the issues and that a "consent order" would be submitted to the Court for its signature. Unfortunately, no consent order has been agreed to by the parties. Accordingly, the Trustee respectfully requests that this Court restore the matter to its calendar at the earliest available date and advise the parties so that they may be guided accordingly. Thank you.

                                                                Respectfully submitted,

                                                                <u>S/Fred S. Kantrow</u>
                                                                Fred S. Kantrow

Cc:    Kevin Nash. Esq. (via e-mail)
         Stan Yang, Esq. (via e-mail)