Joshua Kahane
Partner

212 612-1225
JKahane@schlamstone.com

July 29, 2025

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

**VIA ECF**

Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:    *In re: Benjamin O. Ringel*, **Case No. 24-71468-las**

Dear Judge Scarcella:

Pursuant to Your Honor's individual rules, we write respectfully to request that the August 5, 2025 hearing concerning the application by the chapter 7 trustee (the "Trustee") of the Estate of Benjamin O. Ringel ("the Debtor) seeking to compel and sanction our firm, Schlam Stone & Dolan ("SS&D"), ECF No. 205 ("the Trustee's Application") be conducted telephonically or determined on the motion papers.

As explained in our objection filed today, ECF No. 207, the Trustee's Application is meritless. The Trustee wants to withdraw or dismiss a state court appeal taken but never perfected pre-petition by the Debtor, and believes that SS&D has the ability to take such action. But "the sole party with the authority to prosecute the pending appeal on behalf of the Debtor was and remains the Trustee." Trustee's Application at ¶ 6. As such, only the Trustee has standing to take any action with respect to the Debtor's pending appeal. SS&D has no such authority.

SS&D submits that good cause exists for Your Honor to determine the Trustee's Application on the papers or to conduct the hearing telephonically, since the motion papers fully presented the parties' positions. Accordingly, unless the Court prefers otherwise, SS&D respectfully requests that the August 5, 2025 hearing on the Trustee's Application be conducted telephonically or determined on the motion papers.

Respectfully submitted

*/s/ Joshua Kahane*

Joshua Kahane